**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**ORREGO-UPEGUI**

**Petitioner,**

**-against-**

**OFFICER IN CHARGE ET AL**

**Respondents.**

---------------------------------------------------------- x

**1:26-cv-6708-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As stated during the August 18, 2026 telephonic conference, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is **GRANTED**. In light of the fact that Petitioner is presently being held at Moshannon Valley ICE Processing Center, Respondents are ORDERED to transport Petitioner back to the Southern District of New York and to release him from custody there by **no later than August 19, 2026 at 2 pm**. Respondents shall file a letter on the docket **no later than 2:00 P.M. on August 19, 2026**, confirming that Petitioner has been released from custody. Respondents are ENJOINED from re-detaining Petitioner, absent prior authorization of this Court and without notice and an opportunity to be heard at a pre-deprivation bond hearing, at which Respondents will bear the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

**Dated:** August 18, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**

**SO ORDERED.**