**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ORREGO-UPEGUI,

Petitioner,

-against-

26 **CIVIL** 6708 (ALC)

# <u>JUDGMENT</u>

OFFICER IN CHARGE, ET AL.,

Respondents.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2026, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is GRANTED. Respondents are ENJOINED from re-detaining Petitioner, absent prior authorization of this Court and without notice and an opportunity to be heard at a predeprivation bond hearing, at which Respondents will bear the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**